IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:24-MJ-972

JEFFREY LEE RESENDEZ

## CRIMINAL COMPLAINT

**Alleged Offense:**

I, Special Agent Krista Sortino, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

> On or about December 18, 2024, in the Fort Worth Division of the Northern District of Texas, defendant **Jeffrey Lee Resendez**, having been convicted of a crime punishable by imprisonment for a term in excess of one year, and knowing that he had been convicted of such an offense, did knowingly possess in and affecting interstate and foreign commerce the following firearm: a Taurus International, model Millennium G2, 9x19mm caliber pistol, bearing serial number TJS53782, in violation of 18 U.S.C § 922(g)(1) and § 924(a)(8).

**Probable Cause:**

I, Special Agent Krista Sortino, affiant, under oath, duly state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, assigned to the Dallas Field Division. The statements set forth in this affidavit are true and correct to the best of my knowledge and belief but are not inclusive of all the evidence or information in the case.

1. On or about December 16, 2024, I obtained a Federal search warrant from the U.S. District Court for the Northern District of Texas to search a premises located on Winslow Drive, Grand Prairie, Texas 75052, and a 2021 black Nissan Titan, bearing Texas License plate # PKH9934, for evidence related to violations of 18 U.S.C. § 922(g)(1) by **Jeffrey Lee Resendez**. ATF Special Agents had received information providing probable cause that **Resendez** possessed firearms in his residence and

**Criminal Complaint - Page 1**

vehicle. A review of **Resendez's** criminal history had revealed the following felony convictions:

- On or about September 1, 2008, Resendez appeared in the 54th District Court of McLennan County, Texas under case number 2009-559-C2. At that time, Resendez received a Judgement of Conviction by Court- Waiver of Jury Trial for the state jail felony offense of theft of $1,500 or more but less than $20,000.00. Resendez was sentenced to 180 days in a state jail facility.
- On or about October 23, 2008, Resendez appeared in the 54th District Court of McLennan County, Texas under case number 2009-10420C2. At that time, Resendez received a Judgement of Conviction by Court- Waiver of Jury Trial for the felony offense of Injury to a Child. Resendez was sentenced to five years confinement in the Institutional division of the Texas Department of Criminal Justice.

2. On or about December 18, 2024, at approximately 7:30 a.m., ATF personnel conducted surveillance at the residence on Winslow Drive and observed **Resendez** exit the residence and depart in the 2021 black Nissan Titan, bearing Texas License Plate PKH9934. At approximately 7:44 a.m., Grand Prairie Police Department patrol officers initiated a traffic stop of **Resendez**'s 2021 black Nissan Titan on South Great SW Pkwy, Grand Prairie, Texas 75052. Once stopped, **Resendez** was detained and placed into the secure portion of the patrol car while the search warrants were being executed on the residence and vehicle.

3. An ATF Special Agent and a Grand Prairie ATF Special Deputy subsequently conducted a recorded Mirandized interview of **Resendez**. Post-Miranda, **Resendez** admitted to possessing firearms and specified most of the firearms could be found in a green safe located in the office on the first floor of his residence. **Resendez** described the firearms as various pistols, shotguns, and assault rifles. **Resendez** admitted to being a convicted felon and serving time in a prison in Texas. **Resendez** stated he primarily acquired the firearms from individuals on Facebook and family and/or friends who needed to get rid of firearms. **Resendez** stated, after he was released from prison, he had taken some of the firearms to the gun range and shot them. **Resendez** added the last time he went to the gun range was about three to four years ago. **Resendez** recounted a time where he attempted to sell a firearm, but the firearm sale did not actually occur.

**Criminal Complaint - Page 2**

4. While **Resendez** was being interviewed, additional law enforcement personnel executed the search warrant on **Resendez**'s residence on Winslow Drive, Grand Prairie, Texas, 75052. As a result of the search, the following firearms and ammunition were recovered:
   - Taurus International, model Millennium G2, 9x19mm caliber pistol, bearing serial number TJS53782;
   - Maverick Arms, model 88, 12 gauge shotgun, bearing serial number MV0645910;
   - Smith & Wesson, model M&P 15-22, .22 LR caliber rifle, bearing serial number DYZ6835;
   - Aero Precision LLC, model M4-Carbine, 5.56x45 caliber pistol, bearing serial number X0003206;
   - Aero Precision LLC, model M5, .308 Winchester caliber rifle, bearing serial number US112649;
   - Plum Crazy Firearms, model C15, 5.56x45 caliber rifle, bearing serial number RM13627;
   - Citadel, model Boss-25, 12 gauge shotgun, bearing serial number 21-48553;
   - Browning, unknown model, 16 gauge shotgun, bearing serial number 2S98953;
   - Aero Precision LLC, model M4E1, 5.56x45 caliber pistol, bearing serial number M4-0262284;
   - Savage Arms, model 64, .22 caliber rifle, bearing serial number 3044501;
   - Gabilondo y Ciavitoria, model Llama Especial, .38 Super caliber pistol, bearing serial number 458645;
   - Taurus International, model PT 140 G2, .40S&W caliber pistol, bearing serial number SJY19354;
   - Ruger, model LCP II, .380 caliber pistol, bearing serial number 380350010;
   - Bond Arms, model Cowboy Defender, .357 magnum caliber pistol, bearing serial number 225926;
   - FNH USA, model FN509, 9x19mm caliber pistol, bearing serial number GKS0180614;
   - One suspected silencer;
   - Several hundred rounds of assorted caliber ammunition; and
   - Assorted firearm magazines, components, and accessories.

5. All of the firearms but two were found in the green safe **Resendez** mentioned during his interview. One of the firearms was found in the garage, and one of the firearms was found in a vehicle parked in the driveway of **Resendez**'s residence. The suspected silencer was found in a closet in **Resendez**'s bedroom that primarily contained adult male clothing.

6. An ATF Interstate Nexus Expert determined the Taurus International, model Millennium G2, 9x19mm caliber pistol, bearing serial number TJS53782 was manufactured outside the state of Texas and therefore would have had to move in and affect interstate and/or foreign commerce to reach the state of Texas.

**Criminal Complaint - Page 3**

Based upon the above facts and circumstances, I respectfully submit that there is probable cause to believe that **Jeffrey Lee Resendez**, knowing that he was a convicted felon, did knowingly and unlawfully possess in and affecting interstate or foreign commerce a Taurus International, model Millennium G2, 9x19mm caliber pistol, bearing serial number TJS53782, in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8).

Special Agent Krista Sortino
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED and SWORN to before me, December **19**, 2024, at **1:30** a.m./p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

**Criminal Complaint - Page 4**