IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                     No. 4:25-CR-035-O

JEFFREY LEE RESENDEZ (01)

## FACTUAL RÈSUMÈ

I.    Plea:
The defendant is pleading guilty to Count One: Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), § 923(a), and § 924(a)(1)(D).

II.   Penalties:
The penalties the Court can impose include:
a.    imprisonment for a period not to exceed five (5) years;
b.    a fine not to exceed $250,000;
c.    a term of supervised release not to exceed three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;
d.    a mandatory special assessment of $100;
e.    restitution to victims or to the community; and
f.    forfeiture of firearms and ammunition.

III.  Elements of the Offense:
The elements the government must prove beyond a reasonable doubt to establish the offense alleged in Count One are:

First:        The defendant was not licensed to deal firearms; and

Two:          The defendant willfully engaged in the business of dealing firearms.

IV.   Stipulated Facts:
In and about November and December 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Jeffrey Lee Resendez**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.
In November of 2024, officers received information that **Resendez** was an

**Factual Resume - Page 1 of 2**

individual who was selling firearms for a profit.    Officers then arranged an undercover transaction where **Resendez** offered to sell    firearm, accessories, and ammunition, but that transaction was not ultimately completed.    Thereafter, in December 2024, a federal search warrant was executed at the defendant's residence, where officers recovered a variety of firearms, ammunition, magazines, and firearm accessories, as described in the forfeiture notice in this case. **Resendez** admits that he was willfully dealing firearms and that he did not have a license to deal firearms.

AGREED AND STIPULATED on this __6__ day of February, 2025.


_____
JEFFREY LEE RESENDEZ
Defendant


_____
ROBIN MCCARTY
Counsel for Defendant


**Factual Resume - Page 2 of 2**